IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK MICHAEL LARMOUR,

    Petitioner,                   No. CIV S-08-1523 JAM DAD P

    vs.

KEN CLARK,

    Respondent.                ORDER

_____/

       Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 19, 2008, the court filed findings and recommendations recommending that this action be dismissed due to petitioner's failure to exhaust state court remedies. In light of petitioner's objections and his submission of a copy of the California Supreme Court's decision in response to his petition for review filed with that court, the findings and recommendations will be vacated.

       Petitioner has not filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on September 19, 2008, are vacated;

2. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: October 24, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lar1523.101