IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK MICHAEL LARMOUR,

    Petitioner,               No. CIV S-08-1523 JAM DAD P

    vs.

KEN CLARK,

    Respondent.            ORDER

_____/

    Petitioner is a state prisoner proceeding pro se seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was filed with the court on July 2, 2008. Respondent filed an answer on January 23, 2009 and on February 11, 2009, lodged the state court record with this court. The matter was then submitted for decision.

    However, it has been discovered that the petition filed with the court appears to be missing a page.[1] Accordingly, petitioner will be allowed to file a copy of the missing page or a complete copy of his petition with the court within 30 days of the date of this order. If

---

[1] The missing page is page two of petitioner's typewritten brief, which would appear to come between pages 7 and 8 of the petition as they appear in the court's electronic case filing system.

1

petitioner does not do so, the court will issue findings and recommendations based on his petition in its current form.  In the event petitioner files the missing page and respondent finds that a supplemental answer is necessary to address any argument made in the missing page, respondent is directed to seek leave of court to file a supplement to its answer.  Leave to do so will be freely granted.  The matter will then stand submitted for decision and the undersigned will issue findings and recommendations for the assigned district judge's consideration.

IT IS SO ORDERED.

DATED: March 24, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD/rh
larmour1523.o